AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAY, KATHLEEN | WESTERN DISTRICT OF LOUISIANA | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE FULL TIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U. S. COURTHOUSE
611 BROAD STREET SUITE 209
LAKE CHARLES, LA 70601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT | SOUTHWEST LOUISIANA LSU ALUMNI ASSOC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | HALLIBURTON-SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SWLA BAR ASSOCIATION | 3/17/16 - 3/19/16 | HOUSTON TX | BENCH-BAR CONVENTION | ACCOMODATIONS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HALLIBURTON 401 K BLENDED FUND INV 2020 RETIREMENT INVESTMENT 2020 R | C | Int./Div. | K | T | | | | | |
| 2. HALLIBURTON 401K BOND INV STABLE VALUE STR | C | Int./Div. | O | T | | | | | |
| 3. RENTAL PROPERTY #1 LAKE CHARLES, LA (appraised 2008) | D | Rent | L | Q | | | | | |
| 4. FIRST NATIONAL BANK ACCOUNTS | A | Int./Div. | J | T | | | | | |
| 5. NORTHWESTERN MUTUAL WHOLE LIFE INS POLICIES | | None | K | T | | | | | |
| 6. FIDELITY CORE (X) | A | Interest | J | T | | | | | |
| 7. ISHARES SILVER | | None | J | T | Buy | 04/06/16 | J | | |
| 8. | | | | | Sold | 02/17/16 | J | A | |
| 9. | | | | | Sold | 05/09/16 | J | A | |
| 10. | | | | | Buy | 07/12/16 | J | | |
| 11. ASPEN AEROGELS, INC | | None | | | Buy | 03/01/16 | J | | |
| 12. | | | | | Sold | 03/02/16 | J | A | |
| 13. | | | | | Buy | 06/06/16 | J | | |
| 14. | | | | | Sold | 06/27/16 | J | A | |
| 15. | | | | | Buy | 09/14/16 | J | | |
| 16. | | | | | Sold | 10/03/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. BAKER HUGHES INC | A | Dividend | | | Sold | 08/26/16 | J | A | |
| 18. BLACKBERRY LTD NPV | | None | J | T | Buy | 04/06/16 | J | | |
| 19. | | | | | Sold (part) | 10/03/16 | J | A | |
| 20. HALLIBURTON COMMON | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 21. | | | | | Sold (part) | 02/25/16 | J | A | |
| 22. | | | | | Sold (part) | 02/29/16 | J | A | |
| 23. | | | | | Sold (part) | 08/26/16 | J | A | |
| 24. UNITED CONTINENTAL HLDG | | None | | | Buy | 05/03/16 | J | | |
| 25. | | | | | Sold | 11/22/16 | J | A | |
| 26. VALEANT PHARMACEUTICALS | | None | J | T | Buy | 05/11/16 | J | | |
| 27. | | | | | Buy | 06/10/16 | J | | |
| 28. ARCHER DANIELS MIDLAND | | None | | | Buy | 06/30/16 | J | | |
| 29. | | | | | Sold | 08/17/16 | J | A | |
| 30. FIDELITY IRS ROLLOVER LADDER CAP CORP CL A | | None | J | T | Buy | 10/28/16 | J | | |
| 31. | | | | | Buy | 12/12/16 | J | | |
| 32. FIDELITY IRA ROLLOVER OAKTREE CAP GROUP LLC | A | Dividend | J | T | Buy | 10/28/16 | J | | |
| 33. FIDELITY IRS ROLLOVER 3M COMPANY | A | Dividend | K | T | Buy | 10/28/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY IRA ROLLOVER ASPEN AEROGELS INC | | None | J | T | Buy | 11/09/16 | J | | |
| 35. | | | | | Buy | 11/16/16 | J | | |
| 36. FIDELITY IRA ROLLOVER BT GROUP ADR EACH REP | | None | | | Buy | 11/18/16 | J | | |
| 37. | | | | | Sold | 12/09/16 | J | A | |
| 38. FIDELITY IRA ROLLOVER VALEANT PHARMACEUTICALS | | None | J | T | Buy | 11/03/16 | J | | |
| 39. | | | | | Buy | 11/22/16 | J | | |
| 40. | | | | | Buy | 12/05/16 | J | | |
| 41. FIDELITY IRA ROLLOVER CONSOLIDATED EDISON HLDG CO | | None | J | T | Buy | 11/18/16 | J | | |
| 42. FIDELITY IRA ROLLOVER CHATHAM LODGING TR COM | | None | J | T | Buy | 12/09/16 | J | | |
| 43. FIDELITY IRA ROLLVER COHEN & STEERS INFRASTRUCTURE | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 44. FIDELITY IRA ROLLOVER DOUBLELINE INCOME SOLUTIONS | A | Dividend | J | T | Buy | 12/09/16 | J | | |
| 45. FIDELITY IRA ROLLOVER SONIC | | None | J | T | Buy | 12/13/16 | J | | |
| 46. FIDELITY IRA ROLLOVER US BANK | A | Int./Div. | L | T | Buy | 10/13/16 | M | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAY, KATHLEEN | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KATHLEEN KAY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544